# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO

CLERK OF COURT

ALEXANDRIA
NEWPORT
NEWS
NORFOLK

January 15, 2010

Clerk of Court
Chesapeake Circuit Court
307 Albemarle Drive, Suite 300A
Chesapeake, VA 23322-5579

In re:  Civil Action No. 2:09cv584
        East Coast Truck and Sales, Inc. v. Motor City Auto Transport, Inc.
        (Case No. CL09002242-00)

Dear Clerk of Court:

        Pursuant to 28 U.S.C. 1447(c), we enclose a certified copy of the order entered January 15, 2010 by the Honorable Raymond A. Jackson remanding the above-captioned case to your court.

Very truly yours,

FERNANDO GALINDO, Clerk

By:_____/s/_____

Lorraine Howard, Deputy Clerk

Enclosure